## BLOUNT v. THE STATE.

HILL, J. There are no assignments of alleged errors of law requiring a new trial, and the evidence is sufficient to support the verdict.

*Judgment affirmed. All the Justices concur.*
JULY 15, 1913.

Indictment for murder. Before Judge J. B. Park. Hancock superior court. April 30, 1913.

*John R. Cooper* and *T. M. Hunt,* for plaintiff in error.

*T. S. Felder, attorney-general,* and *J. E. Pottle, solicitor-general,* contra.